45464.  DODSON v. PHAGAN.

PER CURIAM. By a per curiam opinion, the Supreme Court, with Mr. Justice Grice and Mr. Justice Felton dissenting, has reversed this court in *Dodson v. Phagan,* 122 Ga. App. 752 (178 SE2d 748). See *Dodson v. Phagan,* 227 Ga. 480 (181 SE2d 366). Accordingly, our previous judgment is vacated and the judgment of the trial court is now

*Reversed. Bell, C. J., Quillian and Whitman, JJ., concur.*
DECIDED MAY 4, 1971.

*Smith, Crisp & Hargrove, William E. Smith,* for appellant.
*Tilford, Wayne & Stewart, J. Douglas Stewart, Smith & Smith, C. E. Smith, Jr.,* for appellee.